*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Atwood M. Lewis ) | Case No. 25–10909–djb |
| ) | |
| ) | |
| Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 3/7/25 , 3/24/25, 4/4/25, this case is hereby DISMISSED.

**Date: April 21, 2025**
                                                _____
Derek J Baker
Judge, United States Bankruptcy Court

Missing Documents:
Atty Disclosure Statement
CH. 13 statement of your current monthly income & calculation of commitment period form 122C–1
Means test calculation form 122C–2
Ch.13 Plan
Schedules AB–J
Statement of financial affairs
Summary of assets & liabilities