United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-10909-djb

Atwood M. Lewis                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2025 | Form ID: pdf900 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Atwood M. Lewis, 1106 W Duncannon Ave, Philadelphia, PA 19141-2813 |
| 14985084 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14985087 | Social Security Admininstration/New York Region, Office Of Regional Commissioner 26 Fede, New York, NY 10278 |
| 14985093 | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Apr 22 2025 01:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 22 2025 01:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14985066 | + Email/Text: mnapoletano@ars-llc.biz | Apr 22 2025 01:43:00 | Ability Recovery Services LLC, Attn: Bankruptcy, 284 Main St, Dupont, PA 18641-1960 |
| 14985067 | Email/Text: ally@ebn.phinsolutions.com | Apr 22 2025 01:43:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14988089 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 22 2025 01:43:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14985068 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 22 2025 01:43:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14985069 | + Email/Text: creditcardbkcorrespondence@bofa.com | Apr 22 2025 01:43:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14985070 | + Email/Text: mortgagebkcorrespondence@bofa.com | Apr 22 2025 01:43:00 | Bank of America, N.A., Attn: Bankruptcy, PO Box 982284, El Paso, TX 79998-2284 |
| 14993961 | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 22 2025 01:43:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14985072 | Email/Text: megan.harper@phila.gov | Apr 22 2025 01:43:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14985071 | Email/PDF: ebn_ais@aisinfo.com | Apr 22 2025 01:57:26 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14985073 | Email/Text: bankruptcy@philapark.org | Apr 22 2025 01:43:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14985074 | Email/Text: bankruptcy@connexuscu.org | Apr 22 2025 01:43:00 | Connexus Credit Union, Attn: Bankruptcy, PO Box 8026, Wausau, WI 54402-8026 |
| 14985075 | + Email/PDF: ebn_ais@aisinfo.com | | |

| | | | |
|---|---|---|---|
| | | Apr 22 2025 01:57:35 | Directv, LLC, c/o American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14985076 | | Email/Text: mrdiscen@discover.com | |
| | | Apr 22 2025 01:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14985077 | + | Email/Text: bnc-bluestem@quantum3group.com | |
| | | Apr 22 2025 01:43:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14989770 | | Email/Text: bankruptcy@greenskycredit.com | |
| | | Apr 22 2025 01:43:00 | GreenSky Inc., PO Box 2730, Alpharetta, GA 30023-2730 |
| 14985078 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | |
| | | Apr 22 2025 01:43:00 | Hyundai Capital America, Attn: Bankruptcy, Po Box 20829, Fountain Vly, CA 92728-0829 |
| 14985079 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Apr 22 2025 01:43:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14985080 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Apr 22 2025 01:43:00 | Midland Funding, Attn: Bankruptcy, PO Box 2011, Warren, MI 48090-2011 |
| 14985081 | | Email/Text: fesbank@attorneygeneral.gov | |
| | | Apr 22 2025 01:43:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14985082 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | Apr 22 2025 01:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14985083 | ^ | MEBN | |
| | | Apr 22 2025 01:37:33 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14988777 | ^ | MEBN | |
| | | Apr 22 2025 01:37:30 | Philadelphia Gas Works, 800 W Montgomery Ave., ATTN:Bankruptcy Dept. 3FL, Philadelphia, PA 19122-2898 |
| 14985085 | | Email/Text: bankruptcy@philapark.org | |
| | | Apr 22 2025 01:43:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14997786 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Apr 22 2025 01:43:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14985086 | | Email/Text: enotifications@santanderconsumerusa.com | |
| | | Apr 22 2025 01:43:00 | Santander Consumer USA, Inc., P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14985088 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Apr 22 2025 01:45:52 | Spruce Finance, Inc., c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14985089 | + | Email/PDF: ebn_ais@aisinfo.com | |
| | | Apr 22 2025 01:57:27 | T Mobile/T-Mobile USA Inc, c/o AIS InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14985090 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | |
| | | Apr 22 2025 01:43:00 | The Bank of Missouri, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14985091 | + | Email/Text: bankruptcy@bbandt.com | |
| | | Apr 22 2025 01:43:00 | Truist Financial, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-0129 |
| 14985092 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | |
| | | Apr 22 2025 01:43:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14985094 | | Email/Text: bkelectronicnotices@usaa.com | |
| | | Apr 22 2025 01:43:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 14985096 | | Email/Text: bankruptcynotices@vivecard.com | |
| | | Apr 22 2025 01:43:00 | Vive Financial, Attn: Bankruptcy, 380 Data Drive Suite 200, Draper, UT 84020 |
| 14985095 | | Email/PDF: ebn_ais@aisinfo.com | |
| | | Apr 22 2025 01:57:25 | Verizon, c/o American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 35

District/off: 0313-2                      User: admin                                    Page 3 of 3
Date Rcvd: Apr 21, 2025                   Form ID: pdf900                            Total Noticed: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| cr | * | GreenSky, Inc., PO BOX 2730, Alpharetta, GA 30023-2730 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 23, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2025 at the address(es) listed below:

| Name | Email Address |
|------|---------------|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Atwood M. Lewis help@cibiklaw.com<br>noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
    Atwood M. Lewis                   )          Case No. 25−10909−djb
                                          )
                                          )
    Debtor(s).                            )          Chapter: 13
                                          )
                                          )

## <u>ORDER</u>

        AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 3/7/25 , 3/24/25, 4/4/25, this case is hereby DISMISSED.

**Date: April 21, 2025**

_____
Derek J Baker
Judge, United States Bankruptcy Court

Missing Documents:
Atty Disclosure Statement
CH. 13 statement of your current monthly income & calculation of commitment period form 122C−1
Means test calculation form 122C−2
Ch.13 Plan
Schedules AB−J
Statement of financial affairs
Summary of assets & liabilities